# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,
Respondents,
and
JE SEON OH,
Real Party in Interest.

No. 73130





SEP 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court order directing the return of property seized in a civil forfeiture action. Having considered all documents on file herein, we conclude that the issues raised in the petition—namely, whether the district court properly ordered the return of the seized property when the criminal charges against real party in interest had been dismissed—have been rendered moot by the intervening reindictment of real party in interest.[1] Accordingly, we decline to intervene in this matter and therefore deny the petition, without prejudice to petitioner's ability to properly challenge any

---

[1]While petitioner informs this court of the reindictment in its reply brief and attempts to raise additional issues related to it, we decline to consider these newly raised arguments in the context of this proceeding. *See Edelstein v. Bank of N.Y. Mellon*, 128 Nev. 505, 523 n.13, 286 P.3d 249, 261 n.13 (2012).

17-30031

ripe issue in an appropriate manner. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.[2]

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

cc:   The Honorable Jim Crockett, District Judge
     Liesl K. Freedman
     Matthew J. Christian
     Law Office of Andrew M. Leavitt, Esq.
     Eighth District Court Clerk

---

[2]Petitioner's motion for stay is denied as moot.